277 So.2d 916

**In re Thomas William YELTON**

v.

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 341.**

Supreme Court of Alabama.

May 10, 1973.

William J. Baxley, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for petitioner, the State of Alabama.

No brief for respondent.

MADDOX, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Yelton v. State of Alabama, 50 Ala.App. 168, 277 So.2d 912.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and FAULKNER, JJ., concur.

277 So.2d 917

**In re Thomas William YELTON**

v.

**STATE.**

**Ex parte Thomas William Yelton.**

**SC 341A.**

Supreme Court of Alabama.

May 10, 1973.

Thomas William Yelton, pro se.

No brief for the State.

MADDOX, Justice.

Petition of Thomas William Yelton for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Yelton v. State, 50 Ala.App. 168, 277 So.2d 916.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and FAULKNER, JJ., concur.

287 So.2d 232

**In re Leland W. ZIMMERMAN**

v.

**STATE.**

**Ex parte Leland W. Zimmerman.**

**SC 608.**

Supreme Court of Alabama.

Dec. 13, 1973.

Robert W. Gwin, Jr., Birmingham, for petitioner.

No brief for the State.

FAULKNER, Justice.

Petition of Leland W. Zimmerman for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Zimmerman v. State, 51 Ala.App. ——, 287 So.2d 230.

Writ denied.

MERRILL, HARWOOD, MADDOX and JONES, JJ., concur.